JEROME MONKS, and Others, Respondents, v. TOWN OF EAST HAMPTON and

GEORGE S. MILLER, Superintendent of Highways, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.